In The United States District Court
Middle District of Florida
Orlando Division

2022 SEP 23 PM 1:46
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED

Casey O. Jones
          Plaintiff,

V.

Cocoa Beach Police
DEPT. et al. (Officer name Unknown)
          Defendant.

Complaint Pursuant TO
42 U.S.C. Section §1983

Comes Now, Plaintiff, Pro se Casey O. Jones &
pursuant to 42 U.S.C. Section §1983
hereby moves this honorable Court to
enter judgement against the above
listed defendant in this Complaint
Ordering defendant to Compensate Plaintiff
in the amount of $2 million U.S. Dollars
and any other justice deem proper as a
result of violating his Constitutional
rights while clearly acting under color
of State law. Plaintiff Further demands
a jury trial in this Cause also plaintiff
demands Compensation in the amount of $2
million U.S. Dollars and State as follow.

(1)

(Jurisdiction)

Listed defendants in this Complaint is an agent of the State which is clearly under Color of State law. Further defendant Can be sued pursuant 42 U.S.C. Section § 1983 this Court has Jurisdiction.

(Statement of Facts)

On January 28, 2022 Cocoa Beach Police Dept. et al., acted on a Sworn Complaint accusing the plaintiff of Shoplifting (Beer) in reference to Case no. 05-2022-MM-013344 AXXX-XX in Brevard County, Florida. As a result of that Sworn Complaint a motion for Capias was filed on February 16, 2022. On February 21, 2022 the Capias was issued to the Brevard County Sheriff's office and also served. On May 6, 2022 the Capias was also Served, the very next day which was May 7, 2022 the plaintiff was arrested and transported to the Brevard County Jail. After spending Several hours in the Brevard County Jail plaintiff posted bail which Cost him $100 plus $20 for transportation from the jail once bond was posted. ($100 for bond and an additional $20 (to a close friend for giving him a ride from the jail once released).

(2)

(Statement of Facts Cont.)

On June 7, 2022 plaintiff involuntarily plead guilty and involuntarily waived counsel and was ordered to pay court fines, costs, restitution and ordered to take shoplifting Class. On June 21, 2022 plaintiff filed a motion to withdraw his guilty plea and a hearing on that motion was scheduled for July 19, 2022. At that hearing plaintiff's motion was granted. On August 2, 2022 plaintiff plead not guilty. The Case was scheduled for docket sounding and on August 29, 2022 the Case was nolle prossesed by the prosecutor.

(Argument)

The conduct complained about in this complaint was committed by the Cocoa Beach Police Dept. et, al. was committed by a person acting under color of state law, that person was (officer name unknown) acted under color of state law and that conduct deprived plaintiff of several constitutional rights. (5Th Amendment U.S.C.A. deprived of his liberty without due process of law deprived of property $120 without due process of law, Cruel and Unusual punishment 8th Amendment U.S.C.A.) As a result of this Conduct by the Cocoa Beach Police Dept. et al.

(3)

(Argument Cont.)

Plaintiff was deprived of his liberty for several hours as a result of sitting in jail. As a result of this conduct plaintiff was deprived of his property ($100 for bail, $20 for transportation from jail once released). As a result of all this plaintiff experienced cruel and unusual punishment. Plaintiff is a disabled adult who suffers from borderline/mental retardation who receives $841.00 monthly in S.S.I. payments from the Social Security Administration. Those several hours sitting in jail caused plaintiff mental anguish, mental stress, and embarassment. Plaintiff's character has been defamed as a result of this conduct as a result of the majority of the people in his community has labeled him as the "beer bandit". Certain people in plaintiff's community has lost trust in him due to believing he's a thief. Plaintiff involuntarily entered a guilty plea and involuntarily waived counsel as a result of the sworn complaint and allegations that plaintiff was on video but later withdrew his plea because he knew he was innocent and the court evidently agreed as a result of allowing plaintiff to withdraw his guilty plea. Once plaintiff's plea was withdrawn plaintiff was appointed a public defender who attempted to fool

( Argument Cont.)

the plaintiff that the State had a video
of him and when plaintiff asked to See
the video the Case was later nolle
prosessed by the prosecutor because
there was no video.

( Conclusion)

Plaintiff Comes to the Conclusion that
the Conduct Complained about in this Complaint
against the defendant was Committed by
a person acting under Color of State law
and that Conduct deprived Plaintiff of Several
of his Constitutional rights,

(Relief Sought)

Plaintiff Seeks to be Compensated in the
amount of $2 million US. Dollars and
demands a jury trial in this Cause as a
result of the defendant's Conduct and
any other justice deem proper,

(Oath)

under penalty of perjury I declare that the
forgoing is true and Correct.

Casey O. Jones

Casey O. Jones

9/18/2022

360 Fisher Ln.

Merritt Island, FL 32953

(5)

(Certificate of Service)

I hereby Certify that a copy of the foregoing has been furnished to the defendant via U.S. Mail on this 18th day of September addressed as follow. "Cocoa Beach Police Dept." 20 S. Orlando Avenue Cocoa Beach, FL 32931

Casey O. Jones
Casey O. Jones
9/18/2022
360 Fisher Ln.
Merritt Island, FL
32953